```
 LORBB    540*23  *       SENTENCE MONITORING          *      03-06-2025
 PAGE 001          *       COMPUTATION DATA             *      10:22:58
                          AS OF 03-06-2025

REGNO..: 40158-509 NAME: LOPEZ, LUIS


FBI NO............: 447991AC1            DATE OF BIRTH:              AGE:  42
ARS1..............: LOR/A-DES
UNIT..............: 1 GP                 QUARTERS.....: N02-223L
DETAINERS.........: NO                   NOTIFICATIONS: NO

FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 03-23-2026

FINAL STATUTORY RELEASE FOR INMATE.: 08-26-2027 VIA GCT REL
         WITH APPLIED FSA CREDITS.: 340   DAYS
THE INMATE IS PROJECTED FOR RELEASE: 09-20-2026 VIA FSA REL



----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION............: NEBRASKA
DOCKET NUMBER....................: 8:21CR118-002
JUDGE............................: ROSSITER
DATE SENTENCED/PROBATION IMPOSED: 06-17-2022
DATE COMMITTED...................: 07-05-2022
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

               FELONY ASSESS    MISDMNR ASSESS    FINES           COSTS
NON-COMMITTED.: $100.00         $00.00            $00.00          $00.00

RESTITUTION...: PROPERTY: NO    SERVICES: NO      AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  391     21:846 SEC 841-851 ATTEMPT
OFF/CHG: 21:846, 841(A)(1) AND (B)(1) CONSPIRACY TO DISTRIBUTE AND
         POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE

 SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:     90 MONTHS
 TERM OF SUPERVISION.............:     4 YEARS
 NEW SENTENCE IMPOSED............:     87 MONTHS
 BASIS FOR CHANGE................: USSG CRIM HIST DCSN 11-01-2023
 DATE OF OFFENSE.................: 04-14-2021




G0002        MORE PAGES TO FOLLOW . . .
```

```
 LORBB  540*23 *            SENTENCE MONITORING           *    03-06-2025
PAGE 002 OF 002 *            COMPUTATION DATA             *    10:22:58
                             AS OF 03-06-2025

REGNO..: 40158-509 NAME: LOPEZ, LUIS



------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 02-08-2024 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 02-13-2024 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 06-17-2022
TOTAL TERM IN EFFECT............:    87 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     7 YEARS      3 MONTHS
EARLIEST DATE OF OFFENSE........: 04-14-2021

JAIL CREDIT.....................:    FROM DATE    THRU DATE
                                     04-14-2021   06-16-2022

TOTAL PRIOR CREDIT TIME.........: 429
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 323
TOTAL GCT EARNED................: 94
STATUTORY RELEASE DATE PROJECTED: 08-26-2027
ELDERLY OFFENDER TWO THIRDS DATE: 02-13-2026
EXPIRATION FULL TERM DATE.......: 07-14-2028
TIME SERVED.....................:     3 YEARS    10 MONTHS     21 DAYS
PERCENTAGE OF FULL TERM SERVED..:   53.7
PERCENT OF STATUTORY TERM SERVED:   61.1

PROJECTED SATISFACTION DATE.....: 09-20-2026
PROJECTED SATISFACTION METHOD...: FSA REL
    WITH FSA CREDITS INCLUDED...: 340

REMARKS.......: 2/17/2023 UPDATE GCT S/ CIJ;07-11-23 DGCT B/EAH;
                02-08-2024 RCVD 821 RED TIE 90M TO 87M EFF 02-01-24 B/EAH;




G0000          TRANSACTION SUCCESSFULLY COMPLETED
```